UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00261

**Jekyron Deshaun Roberson,**
*Plaintiff,*

v.

**Tonya Reed,**
*Defendant.*

Before BARKER, *District Judge*

## ORDER

On June 17, 2019, plaintiff filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. Doc. 1. Thereafter, the case was referred to United States Magistrate Judge John D. Love. Doc. 3. Three days later, Judge Love issued a report and recommendation, recommending that this civil action be dismissed with prejudice as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1). Doc. 5. The report informed plaintiff of his right to object within 14 days of service. *See* Fed.R.Civ.P. 72(b)(2). Plaintiff acknowledged receipt of the report on June 24, 2019. Doc. 7. Plaintiff has filed no objections.

Accordingly, the report and recommendation is **accepted**. Fed.R.Civ.P. 72(b)(3). The complaint is **dismissed** with prejudice as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1). All motions not previously ruled on are **denied** as **moot**. The clerk of court is **directed** to close this case.

*So ordered by the court on August 2, 2019.*

J. CAMPBELL BARKER
United States District Judge